# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DENTAL HEALTH PRODUCTS, INC.,

        Plaintiff,

    v.                                      Case No. 08-C-1039

FRANK RINGO, et al.,

        Defendants.

## ORDER

On September 30, 2011, this Court directed entry of judgment against Defendant Frank Ringo. Still pending are claims against Defendant David Cornejo, however, whose bankruptcy filing resulted in a stay of such claims. Entry of judgment against Ringo would therefore be improper absent a Rule 54(b) certification. Implicit in my September 30 ruling is that Cornejo would have no liability. Plaintiff is directed to inform the Court on or before October 14 whether it wishes to dismiss the claims against Cornejo, at which time this Court may enter a final judgment. If it wishes to pursue such claims, this Court will enter a partial judgment under Fed. R. Civ. P. 54(b) awarding Plaintiff the relief set forth in the findings of fact and conclusions of law issued September 30.

**SO ORDERED** this __3rd__ day of October, 2011.

                                    s/ William C. Griesbach
                                    William C. Griesbach
                                    United States District Judge